UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

Vikram Valame
PLAINTIFF

VS.

David A. Wright
DEFENDANT(S)

Case: 1:25-cv-01819   JURY DEMAND
Assigned To : Cobb, Jia M.
Assign. Date : 6/10/2025
Description: Employ. Discrim. (H-DECK)

## MOTION

Motion for CM/ECF User Name and Passcode

I, Vikram Valame, Plaintiff in the above-captioned matter, hereby move for an ECF username and passcode in this court.

A) I have stable access to the internet at all hours
B) I know how to accept filings and file documents of my own on a regular basis.
C) I have been permitted to file electronically in the Northern District of California
D) I understand it is my responsibility to moniter my CM/ECF account and email for new filings.
E) I understand that electronically filing counts as a signature for RMN Rule 11 and all other purposes.

Signature

Vikram Valame
Name (if applicable, Prisoner ID No.)

3700 O St NW
Address/Facility Address

Washington    DC    20057
City          State  Zip Code

RECEIVED
JUN 10 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Rev: 8/8/2024
*Use additional pages as needed