UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIKRAM VALAME,<br><br>                Plaintiff,<br><br>      v.<br><br>DAVID A. WRIGHT,<br><br>                Defendant. | Case No. 25-cv-1819 (JMC) |

### ORDER

Plaintiff Vikram Valame moves the Court for leave to obtain a username and password for the Court's Case Management/Electronic Case Filing (CM/ECF) system. This motion, ECF 3, is **GRANTED**.

Under the local rules, a pro se party may obtain a CM/ECF username and password from the Clerk of the Court with the Court's permission. LCvR 5.4(b)(2). To obtain leave of the Court, the pro se party must file a written motion entitled "Motion for CM/ECF User Name and Password" that (1) "describ[es] the party's access to the internet"; (2) "confirm[s] [the party's] capacity to file documents and receive filings electronically on a regular basis"; and (3) "certif[ies] that [the party] either has successfully completed the entire Clerk's Office on-line tutorial or has been permitted to file electronically in other federal courts." *Id.* The Judge presiding over the case wields discretion over granting a motion for a CM/ECF username and password. *Id.*

Valame's motion satisfies the local rules. He attests that he has access to the internet, that he has the capacity to file and receive filings electronically, and that he has been permitted to file electronically in another federal court. ECF 3 at 1.

1

Accordingly, Valame's motion for a CM/ECF username and password, ECF 3, is **GRANTED**.

**SO ORDERED**.

DATE: July 2, 2025

_____
Jia M. Cobb
U.S. District Court Judge
