# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIKRAM VALAME,<br><br>    Plaintiff,<br><br> v.<br><br>DAVID A. WRIGHT, *in his official capacity as Chair of the Nuclear Regulatory Commission*,<br><br>    Defendant. | Case No. 25-cv-1819 (JMC) |

## ORDER DIRECTING THE PLAINTIFF TO SHOW CAUSE

  Plaintiff filed this civil action on June 10, 2025. Plaintiff is responsible for timely service of a summons and copy of the complaint, *see* Fed. R. Civ. P. 4(c), and, unless service is waived, Plaintiff must file proof of service with the court, *see* Fed. R. Civ. P. 4(l). It does not appear from the record that service has been effected on Defendant David A. Wright. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The 90-day period having run, it is

  **ORDERED** that Plaintiff shall show cause by December 26, 2025, why this action should not be dismissed. If plaintiff does not file a written response by that date, the Court will dismiss the case pursuant to Fed. R. Civ. P. 4(m) and Local Civil Rule 83.23 for failure to prosecute.

                     _____
                      Jia M. Cobb
                      United States District Judge

Date: December 5, 2025