Gmail                                                                                                    **Vikram Valame <vik.valame@gmail.com>**

## Second Lawsuit & Motion to Stay
6 messages

**Vikram Valame** <vik.valame@gmail.com>                                                             Tue, May 27, 2025 at 2:34 PM
To: "Pulham, Thomas (CIV)" <thomas.pulham@usdoj.gov>, "Brewer, Simon C. (CIV)" <simon.c.brewer@usdoj.gov>, "Gerardi, Michael J. (CIV)" <Michael.J.Gerardi@usdoj.gov>

Hi Mr. Brewer, Mr. Pulham, and Mr. Gerardi,

I read the brief in opposition to my motion to amend the complaint. In Paragraph Six, the response notes that I could file another action in the appropriate district court and seek a stay of proceedings pending a decision from the Ninth Circuit.

Suppose I filed a new action in the U.S. District Court for the District of Columbia. Would the government consent to a stay of proceedings in that court pending a decision from the Ninth Circuit and the disposition of a petition for certiorari?

Best wishes,
Vikram Valame

**Brewer, Simon C. (CIV)** <Simon.C.Brewer@usdoj.gov>                                                Wed, May 28, 2025 at 7:28 AM
To: Vikram Valame <vik.valame@gmail.com>, "Gerardi, Michael J. (CIV)" <Michael.J.Gerardi@usdoj.gov>, "Rising, Andrew J. (CIV)" <Andrew.J.Rising@usdoj.gov>
Cc: "Pulham, Thomas (CIV)" <Thomas.Pulham@usdoj.gov>, "Raab, Michael (CIV)" <Michael.Raab@usdoj.gov>

Mr. Valame,

Thanks for your note. I'm copying my colleague Andrew Rising, who can answer your question.

Best, Simon

Simon Brewer

Civil Division, Appellate Staff

United States Department of Justice

(202) 616-5367

[Quoted text hidden]

**Rising, Andrew J. (CIV)** <Andrew.J.Rising@usdoj.gov>                                              Wed, May 28, 2025 at 8:28 AM
To: "Brewer, Simon C. (CIV)" <Simon.C.Brewer@usdoj.gov>, Vikram Valame <vik.valame@gmail.com>, "Gerardi, Michael J. (CIV)" <Michael.J.Gerardi@usdoj.gov>
Cc: "Pulham, Thomas (CIV)" <Thomas.Pulham@usdoj.gov>, "Raab, Michael (CIV)" <Michael.Raab@usdoj.gov>

Hi Mr. Valame,

Thanks for reaching out. In response to your question, yes. The government would be willing to agree in principle to consent to a stay in such a scenario.

Best,

Andrew

**Andrew J. Rising**

Trial Attorney | United States Department of Justice

Civil Division | Federal Programs Branch

202.353.5829 (cell) | 202.514.0265 (office)

[Quoted text hidden]

---

**Vikram Valame** <vik.valame@gmail.com>                                                Wed, May 28, 2025 at 4:30 PM
To: "Rising, Andrew J. (CIV)" <Andrew.J.Rising@usdoj.gov>
Cc: "Brewer, Simon C. (CIV)" <Simon.C.Brewer@usdoj.gov>, "Gerardi, Michael J. (CIV)" <Michael.J.Gerardi@usdoj.gov>,
"Pulham, Thomas (CIV)" <Thomas.Pulham@usdoj.gov>, "Raab, Michael (CIV)" <Michael.Raab@usdoj.gov>

Hey Mr. Rising,

Thanks for your prompt response. I have attached a copy of a motion for stay, proposed order, and complaint to this
email. Let me know whether the motion and proposed order are acceptable. If they are, I will try and file the complaint
electronically and will withdraw my motion to amend when D.D.C. grants the motion to stay.

If I cannot file electronically, I will submit my reply in support of the amendment to the Ninth Circuit with a note about
resolving the matter via a new proceeding. I will then fly to D.C. to file in-person with the Court.

Best,
Vikram Valame
[Quoted text hidden]

---

**3 attachments**

 **Title VII Complaint.docx**
36K

 **Motion for a Stay.docx**
117K

 **Motion for a Stay - Proposed Order.docx**
114K

---

**Rising, Andrew J. (CIV)** <Andrew.J.Rising@usdoj.gov>                                  Thu, May 29, 2025 at 8:20 AM
To: Vikram Valame <vik.valame@gmail.com>
Cc: "Brewer, Simon C. (CIV)" <Simon.C.Brewer@usdoj.gov>, "Gerardi, Michael J. (CIV)" <Michael.J.Gerardi@usdoj.gov>,
"Pulham, Thomas (CIV)" <Thomas.Pulham@usdoj.gov>, "Raab, Michael (CIV)" <Michael.Raab@usdoj.gov>

Mr. Valame—We've reviewed your proposed filings and can confirm that the government consents to your
requested stay.

As a courtesy, please let me know the case number that is assigned when you file your complaint in district
court.

Thank you,

**Andrew J. Rising**

Trial Attorney | United States Department of Justice

Civil Division | Federal Programs Branch

202.353.5829 (cell) | 202.514.0265 (office)

[Quoted text hidden]

---

**Vikram Valame** <vik.valame@gmail.com>                                    Tue, Jun 10, 2025 at 11:09 AM
To: "Rising, Andrew J. (CIV)" <Andrew.J.Rising@usdoj.gov>
Cc: "Brewer, Simon C. (CIV)" <Simon.C.Brewer@usdoj.gov>, "Gerardi, Michael J. (CIV)" <Michael.J.Gerardi@usdoj.gov>, "Pulham, Thomas (CIV)" <Thomas.Pulham@usdoj.gov>, "Raab, Michael (CIV)" <Michael.Raab@usdoj.gov>

Mr. Rising,

The case is 1:25-cv-01819 in the U.S. District Court for the District of Columbia. The judge is Jia M. Cobb.

As agreed, I will withdraw my motion for leave to amend in the Ninth Circuit once the district court grants a stay in this case.

- Vikram Valame
[Quoted text hidden]

https://mail.google.com/mail/u/0/?ik=5790fcae49&view=pt&search=all&permthid=thread-a:r1847950647588117177&simpl=msg-a:r1849603135099768601&simpl…    3/3