# AFFIRMATION OF SERVICE BY MAIL

UNITED STATES DISTICT COURT FOR THE DISTRICT OF COLUMBIA    CASE NO: **1:25-CV-01819**

Plaintiff / Petitioner: **VIKRAM VALAME**

vs.

Defendant / Respondent: **DAVID A. WRIGHT**

I NASIM DEHGHANI being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Wed, Apr 08, 2026 deponent enclosed a copy of the SUMMONS IN A CIVIL ACTION, COMPLAINT, PLAINTIFF'S UNOPPOSED MOTION TO PROCEEDINGS, PROPOSED ORDER in a postage-paid sealed wrapped properly addressed to **Acting Attorney General Todd Blanche** at **950 PENNSYLVANIA AVENUE NORTHWEST, WASHINGTON, DC 20530,** Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked **"Personal and Confidential".**

**X** CERTIFIED MAILING certified mail marked "Personal and Confidential" Receipt Number (9589 0710 5270 2005 7664 69)

Pursuant to NY CPLR § 2106. I affirm this 08 day of APRIL, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

NASIM DEHGHANI

UNDISPUTED LEGAL, INC., ONE WORLD TRADE CENTER, 85TH FLOOR NEW YORK, NY 10007 1420758-DCA