UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIKRAM VALAME,<br><br>     Plaintiff,<br><br>          v.<br><br>DAVID A. WRIGHT of U.S. Nuclear Regulatory Commission<br><br>     Defendant. | Civil Action No. 25-1819 (JMC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Catherine J. Malycke as counsel for Defendant in the above-captioned case.

Dated: May 21, 2026

Respectfully submitted,

By:  */s/ Catherine J. Malycke*
     CATHERINE J. MALYCKE
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     Phone (202) 252-0838
     Email: catherine.malycke@usdoj.gov

     *Attorney for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2026, I caused a true copy of the foregoing document to be

served on the *pro se* plaintiff via certified U.S. mail, at the following address:

Vikram Valame
PRO SE
3700 Ost NW Room Nrce-368-B
Washington, DC 20057

*/s/ Catherine J. Malycke*
CATHERINE J. MALYCKE
Assistant United States Attorney