**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Vikram Valame, | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:25-cv-01819 |
| David A. Wright, of the U.S. Nuclear Regulatory Commission, | |
| *Defendant*. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Vikram Valame

hereby gives notice of his voluntary dismissal of this action.


Dated: June 22, 2026                         Respectfully submitted,

                                             */s/ Vikram Valame*____
                                             3700 O Street NW
                                             Washington, DC 20057
                                             (408) 712-4188
                                             vik.valame@gmail.com

                                             *Plaintiff*